448 A.2d 1155

In the interest of Zonenstein, etc.

Appeal of Julie K. Zonenstein, a minor.

Submitted March 8, 1982.
John J. Fioravanti, Assistant Public Defender, for appellant; Stephen B. Harris, Assistant District Attorney, for Commonwealth, participating party.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Order affirmed.

LIPEZ, J., filed a memorandum dissenting statement.

448 A.2d 1155

Jackson, Appellant v. Phillips.
Petition for Allowance of Appeal Granted Jan. 7, 1983.

Argued April 27, 1982. Kenneth Behrend, for appellant; John George Shorall, II, for appellees.

Before ROWLEY, BECK and MONTEMURO, JJ.

Order affirmed.